BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
Attorneys for Plaintiff
Jacqueline Villeda

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE VILLEDA, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INDEMNITY COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00278<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING RESPONSE TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH** |

Plaintiff, JACQUELINE VILLEDA and Defendant, GEICO INDEMNITY COMPANY, by and through their respective counsel of record, hereby stipulate to extend the deadline for filing response to Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith that is presently scheduled for March 12, 2021 to March 26, 2021. The parties hereby agree to this fourteen-day extension in good faith and without the intent to delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

2   DATED this 11th day of  March , 2021

3                                    MOSS BERG INJURY LAWYERS

4                                    By      */s/ Boyd B. Moss*
                                     BOYD B. MOSS III, ESQ.
5                                    Nevada Bar No. 8856
                                     JOHN C. FUNK, ESQ.
6                                    Nevada Bar No. 9760
                                     Attorneys for Plaintiff

8   DATED this 11th day of  March , 2021

9                                    McCORMICK, BARSTOW, SHEPPARD,
                                     WAYTE & CARRUTH LLP

11                                   By      */s/ Jonathan W. Carlson*
                                     WADE M. HANSARD, ESQ.
                                     Nevada Bar No. 8104
12                                   JONATHAN W. CARLSON, ESQ.
                                     Nevada Bar No. 10536
13                                   Attorneys for Defendant

16                           **IT IS SO ORDERED.**

17                           Dated this  12  day of March, 2021

20                           _____
                             Gloria M. Navarro, District Judge
21                           UNITED STATES DISTRICT COURT