# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE VILLEDA,<br><br>    Plaintiff(s),<br><br>v.<br><br>GEICO INDEMNITY COMPANY,<br><br>    Defendant(s). | Case No. 2:21-cv-00278-GMN-NJK<br><br>**Order**<br><br>[Docket No. 16] |

Pending before the Court is a notice of Rule 26(f) conference. Docket No. 16. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

In addition, a review of the docket reveals that the discovery plan is months overdue. *See* Local Rule 26-1(a); *see also* Docket No. 6 (motion to dismiss filed February 26, 2021). A joint proposed discovery plan must be filed by June 8, 2021.

IT IS SO ORDERED.

Dated: June 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge