# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JACQUELINE VILLEDA,

    Plaintiff(s),

v.

GEICO INDEMNITY COMPANY,

    Defendant(s).

Case No. 2:21-cv-00278-GMN-NJK

**Order**

[Docket No. 18]

Pending before the Court is a proposed discovery plan seeking special scheduling review. Docket No. 18.

The parties seek a discovery period of nine months measured from the Rule 26(f) conference, a request that is faulty. First, the discovery cutoff is measured from the date of Defendant's first appearance, not the date of the Rule 26(f) conference. Local Rule 26-1(b)(1). Second, the request for an extended discovery period is not supported by any reasoning of any kind, as is required by the local rules. Local Rule 26-1(a).

The discovery plan also seeks a hearing at which to discuss a dispute as to the scope of discovery. *See* Docket No. 18 at 3. The dispute appears to be whether extra-contractual discovery should be stayed pending resolution of Defendant's motion to dismiss. *See id.* at 1-2. A hearing is premature. If Defendant seeks a stay of discovery, it must file a proper motion on that issue.

Accordingly, the discovery plan is **DENIED** and an amended discovery plan must be filed by June 10, 2021.

IT IS SO ORDERED.

Dated: June 8, 2021

                                    Nancy J. Koppe
                                    United States Magistrate Judge

1